**Order entered April 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01476-CR

**JOSE FRANCISCO ORTEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F01-52273-M**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Matthew Kita to provide appellant with copies of the clerk's record and the complete reporter's records. We further **ORDER** Mr. Kita to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **JULY 5, 2013**.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court, and to Matthew Kita.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Jose Francisco Ortez, No. 12049367, Dallas County Jail, P.O. Box 660334, Dallas, Texas 75266-0334.

/s/      LANA MYERS
          JUSTICE